UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILE

CIVIL ACTION NO. 7:17-41 -KKC

MARTIN COUNTY ECONOMIC
DEVELOPMENT AUTHORITY, INC,

           PLAINTIFF,

v.  **JUDGMENT**

CONE DRIVE OPERATIONS, INC.,
UNIGEAR DAVID BROWN SYSTEMS [CANADA], INC.,
DAVID BROWN GEAR SYSTEMS, LTD
and
CLYDE BLOWERS CAPITOL PLC.,       DEFENDANTS

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the defendants' motion to dismiss (DE 14) for lack of personal jurisdiction is GRANTED;

2) this action is DISMISSED without prejudice and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

Dated March 21, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY